PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ___Eastern___ DISTRICT OF TEXAS**
**___Texarkana___ DIVISION**

FILED USDC TXED
NOV 19 2025 PM 12:04

___Kedrien Booker 24259926___
Plaintiff's Name and ID Number

___Telford unit___     Address same for All Defendants
Place of Confinement   marymartin - FNU Animashaun
John Holmes, marshae Booth, callie Boyd     CASE NO. ___5:25-CV-00173___
v. Erica Shavers - Ashlee Smith  3899 state Hwy 98 S New Boston Tx 75570    (Clerk will assign the number)

___Alexis Caldwell - Doma Duncan___ 3899 state Hwy 98S New Boston TX 75570
Defendant's Name and Address

___Jason Smith - Ashley Hernandez___ 3899 state Hwy 98S New Boston TX 75570
Defendant's Name and Address _Leroy Hill 3899 state Hwy 98S new Boston TX 75570_

___FNU Hughes, Michael Hart___ 3899 State Hwy 98S New Boston TX 75570
Defendant's Name and Address
( DO NOT USE "ET AL.") 3899 State Hwy 98S New Boston TX 75570
Leslie Mcquim, Clement Ameh, Dhanecia Larry

INSTRUCTIONS - READ CAREFULLY  Joe Tovar 3899 State Hwy 98S
Timothy Evans     Eric Guerrero    Alvin Coulter    New Boston
NOTICE:           P.o Box 99 Huntsville  Alexis sims  sparkles wilson  TX 75570
                  TX 77342           3899 state Hwy 98S, new Boston TX 75520

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __✓YES___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1.  Approximate date of filing lawsuit: official & inmate have destroyed documents

       2.  Parties to previous lawsuit:

         Plaintiff(s)_____

         Defendant(s)_____

       3.  Court: (If federal, name the district; if state, name the county.)_____

       4.  Cause number:_____

       5.  Name of judge to whom case was assigned: _____

       6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

       7.  Approximate date of disposition:_____

2

II.   PLACE OF PRESENT CONFINEMENT: _Barry Telford Unit_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ___YES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Kedrien Booker 3899 State Hwy 98 S_
_New Boston TX 75570_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _John H Holmes III Lieutenant at Barry Telford Unit_
_3899 state Hwy 98 S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Come to my Section Notice Feces Urine Blood on my cell door/wall and Blame me instead of Viewing cameras and Remedy the wrong. or Reporting it to OIG._

Defendant #2: _Mary Martin correctional officer at Barry telford unit_
_3899 state Hwy 98 S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_as safe prison officer She fail to keep me safe with full knowledge of inmates Dashing Me with Human Body waste._

Defendant #3: _Jason Smith major at Barry Telford Unit_
_3899 State Hwy 98 S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_fail to protect Me when put on notice of inmate had Dash me with Shit_

Defendant #4: _Erica Shavers correctional officer at Barry Telford Unit_
_3899 state Hwy 98 S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_After I told her who is Dashing Me I ask her to close 25d26 foodslot. She Refuse Leaving it open So they can continue to Chunk Feces Urine on me & on my food._

Defendant #5: _Ashlee Smith correctional officer at Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_was put on notice and fail to close inmate food slot causing me lose t Dash with Shit_

Defendant #6: _Marshae Booth. Sergeant at Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570. Fail to Report allowing inmate to Chunk Feces. Fail to Remedy the wrong_

3

Defendant #7: Callie Boyd, correctional officer at Barry Telford Unit
3899 State Hwy 98, New Boston TX 75570.
She handle legal paperwork etc for 12 Building. She have full knowledge
of inmates Dashing me with feces & Body fluids. She fail to Report to
OIG. She fail to Report allowing inmate to commit felony act without
Remedy the wrong.

Defendant #8: Alexis Caldwell, correctional officer at Barry Telford unit
3899 State Hwy 98, New Boston TX 75570.
She came almost close to my cell. I Report it that Next cells over is Dashing
me & my food with Feces & urine. I told her to tell supervisor. She fail to
Report it. Leaving me in the cell for futher assaults against me.

Defendant #9: Donna Duncan. sergeant at Barry Telford unit. 3899 State Hwy
98, New Boston Tx 75570. on 9-16-25 Between 9:00-10:10pm
I ask Ms Duncan will she help me by Rehousing me to keep 25 & 26 cell from
forseeable risk of chunking Feces on camera. She have full knowledge of this happening
to me. She walk almost out the pod turn to me and give me the middle finger.

Defendant #10: Ashley Hernandez, correctional officer at Barry Telford unit
3899 state Hwy 98, New Boston X 75570. She also fail to Report inmate
Dashing me in my face with feces when I put her on notice when she came to my
cell along with officer Hughes. She force me to go Back in cell when I Request
a Rehouse so that 25 and 26 cell sanchez & Dustin can continue to chunk
Feces & urine & Blood in my face and food.

Defendant #11: Michael Hart, correctional officer at Barry Telford unit
3899 state Hwy 98, New Boston Tx 75570. He walk pass my cell viewing
Human Body wasted urine. fail to Report it Leaving me to smell this foul odor
For 3 Days. made the comment. this is a shitty situation.

Defendant #12: Clement Ameh. correctional officer at Barry Telford unit
3899 State Hwy 98, New Boston TX 75570
He allowed a inmate to Dash me. He fail to Report it. denied me a shower
to decontaminate myself. And made the comment. I can sue him for 1 million
Dollars. He don't care.

Defendant #13: FNU Hughes, correctional officer at Barry Telford unit
3899 state Hwy 98, New Boston Tx 75570. She fail to Report when
I put her on Notice inmate is Dashing me with Body waste. instead
she force me to go Back in cell so that inmate next cell over can continue to
Dash me causing my vision to go Bad. I feel Sick, stomach pain

Defendant #14: FNU Animashaun, correctional officer at Barry Telford
unit. 3899 state Hwy 98, New Boston TX 75570.
Allow inmates to Dash inmates with Human Body waste, Piss and Blood
He is Not Reporting it nor discipline inmate and He denied me a shower
to decontaminate myself after knowing inmate chunk Feces on me
instead He Attempt to give me extra Food.

(conin)

Defendant #15: Leslie Mcguinn. correctional officer at Barry telford unit
3899 state Hwy 98 New Boston TX 75570 .
Mcguinn faiL to Report that inmate in 25 d 26 cell is chunking Body waste
and urine in my face cause my vision to go Bad.


Defendant #16: Alvin Coulter, Lieutenant at Barry telford unit
3899 state Hwy 98 New Boston TX 75570. fail to Train & Supervise
officer doing use of Force, deny me Food and water fail to Remedy the wrong
after Being put on notice that his officer spit in my face.
Lt Coulter was Attempting to spray me with chemical agent for No valid Reason.
He also allowed sgt sims to video Record me Naked during a use of Force
procedure.

Defendant #17: Alexis Sims, Sergeant at Barry telford unit. 3899 State Hwy
98 New Boston TX 75570. officer Sims had the video Camera Recording me
Naked During a search. She also faiL to teach officer the policy in a
proper use of Force procedure, protocal. she Allowed officer Larry to file
or falsify a state Document and Didn't Remedy the wrong.


Defendant #18: sparkles wilson, correctional officer at Barry telford
unit. 3899 state Hwy 98 New Boston TX 75570.
She deprive me of Food Knowing I take over 1000 mg of Medication
and I have to eat with this medication. She Came on pod said
I'm about to come Feed you. Left got her property Left work. Multi meals


Defendant #19: Phanecia Larry. correctional officer at Barry telford
unit 3899 state Hwy 98 New Boston TX 75570
She filed a false Disciplinary case against me to try and Justify a unnecessary
and excessive use of Force. She was a distance from my cell. Instead of her
Leaving. She condone the incident by Coming to my cell spraying me with chemical
agent with intent to cause me Harm, pain.

Defendant #20: Joe Tovar Warden at Barry telford unit, 3899
State Hwy 98 New Boston TX 75570. Mr Tovar faiL to put policy inplace
to prevent stuff from Abusing their Athority and violating inmates rights.
I wrote several I 60s putting warden Tovar on notice that I need to
be Rehouse because 25 sanchez and 26 cell bustin is Dushing Me in my face
with Human Body wasted urine. and that his Employees are not Feeding Me. I get no
Response.

Defendant #21 Eric Guerrero. Director of TDCJ P.O. Box 99
Huntsville TX 77342. Guerrero faiL to enforce Administrative Directives
Allowing inmates to chunk Feces which is a 3 degree felony which is systematic
He is not putting policy in place to keep this from happening. Inmate are transferring diseases

Defendant #22 Leroy Hill. correctional officer at telford unit 3899 State Hwy 98
New Boston TX 75570.
officer Hill Assault me by spit Body fluid in my face thru Chicken wire cell
Door.

*Each Defendant Breach their Constitutional obligation under color of State Law*

V.    STATEMENT OF CLAIM:

*All Defendants, fail to take reasonable protective Measures in Response to Known risk of Assaults against Me.*

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how each defendant is involved.  You need not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Started 9-31-25 12 Building EB 2-24 Cell — 10-21-25 inmate Daniel Sanchez and Dustin Hubbard chunk Human Body waste, urine, and Blood in my Face and cell everyday. I report it to All Defendants either verbally or thru I60's or Kite. Nobody did nothing either sept 31 2025, or Oct 1 2025, officer Ashley Hernandez, officer Huges After I put then on notice force me to go Back in my cell so Sanchez who is in 25 cell & Hubbard in 26 cell can continue to Assault me with feces. I wrote safe prison Mrs Martin, Sgt Baird officer Lashonda McKnight actually witness it and she report it to Major Jennifer Mutwansky. She didn't do nothing, fail to release no, fail to Remedy the wrong. My vision is Bad I feel sick. Stomach pain Can't eat Torso

VI.    RELIEF:    I want a Jury Trial.

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.  In my Prayer to the Court. I want the Judge to Appoint me Exec Director to clean up Texas prisons. Also sanction Each Defendant according to Breach of TDCJ oath In Damages against All Defendants in Their individual Capacity in Relief I want $422,000 plus $285,000 in punitive Damages. Against Director Eric Guerrero in his individual Capacity in Damages I want 7 million Dollars. Plus a million in punitive Damages

VII.    GENERAL BACKGROUND INFORMATION: pain & suffering, mental & Emotional distress, Also I wanna File Criminal Charges against All Defendants for allowing inmates to commit felony acts

A.    State, in complete form, all names you have ever used or been known by including any and all aliases.

Kedrien D. Booker, KOKi

B.    List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

14182-042 · 2425926

VIII.    SANCTIONS:

A.    Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES    __✓__NO

B.    If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.    Court that imposed sanctions (if federal, give the district and division):_____

   2.    Case number:_____

   3.    Approximate date sanctions were imposed:_____

   4.    Have the sanctions been lifted or otherwise satisfied?    ____YES    __✓__NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?      _____YES _✓_NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division):_____

    2.  Case number:_____

    3.  Approximate date warning was issued:_____

Executed on: _____
           DATE

                                                                  (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___12___ day of ___NOV___, 20 _25_.
                (Day)                (month)          (year)

                                              *Kedrien Booker*

                                            (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**