**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| KEDRIEN BOOKER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-173-RWS-JBB |
| | § | |
| JOHN H. HOLMES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Kedrien Booker, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983 complaining of alleged violations of his constitutional rights. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On December 1, 2025, the Court ordered Plaintiff to file an amended complaint setting out a short and plain statement of his claims. Docket No. 4. The Court granted Plaintiff two extensions of time to file his amended complaint (Docket Nos. 12, 15), but Plaintiff failed to do so. On May 20, 2026, the magistrate judge issued a report and recommendation, recommending that the above lawsuit be dismissed without prejudice for failure to prosecute or to obey a Court order. Docket No. 17. A copy of the report and recommendation was sent to Plaintiff at his last known address, but it was returned as undeliverable with no forwarding address provided.[1] Docket No. 18.

As of this date of this Order, no objections have been filed with respect to the magistrate judge's report and recommendation. Because no objections have been filed, Plaintiff is barred from

---

[1] Eastern District of Texas Local Rule CV-11(d) requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address.

*de novo* review by the District Court of the magistrate judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court reviewed the pleadings in this case and the report and recommendation of the magistrate judge, and determines that the report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 17) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. It is further

**ORDERED** that any other motions which may be pending in this civil action are hereby **DENIED-AS-MOOT**.

So **ORDERED and SIGNED** this 21st day of July, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE